UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL K. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00670 |
| | ) |
| SERRA CHEVROLET BUICK GMC OF NASHVILLE et al., | ) ) |
| | ) |
| Defendants. | ) |

# ORDER

On August 22, 2022, Magistrate Judge Newbern entered a Report and Recommendation in which she recommends:

> that Credit Acceptance's motion to compel arbitration and dismiss or stay this action (Doc. No. 8) be DENIED and that Credit Acceptance be given a short period of time in which to refile its motion and properly serve it on [Plaintiff]; that [Plaintiff's] request for entry of default against Credit Acceptance (Doc. No. 14) be DENIED; and that [Plaintiff's] second motion for summary judgment (Doc. No. 29) be DENIED without prejudice to refiling as set out above.

(Doc. No. 39 at 13). No objections have been filed.

None of the recommendations from Magistrate Judge Newbern are dispositive, nor are they clearly erroneous or contrary to law within the meaning of Rule 72(a). Even under the *de novo* standard of review for dispositive motions required by Rule 72(b), the Court, having reviewed the file, agrees with the recommended dispositions of the referenced motions. Accordingly,

(1) The Report and Recommendation (Doc. No. 39) is **ACCEPTED** and **APPROVED**;

(2) Credit Acceptance's Motion to Compel and Dismiss or Stay (Doc. No. 8) is **DENIED WITHOUT PREJUDICE**;

(3) Plaintiff's request for entry of default as suggested in his Response to Credit Acceptance's

Motion to Dismiss (Doc. No. 14) is **DENIED**; and

(4) Plaintiff's Motion for Summary Judgment (Doc. No. 29) is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE